<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1109**

M.L. DENESE SLAEY,

        Plaintiff – Appellant,

        v.

JAMES EDWARD ADAMS, Assistant Special Agent in Charge (JI-W/Philadelphia), Office of Inspector General, General Services Administration; KENYA S. MANN, Assistant United States Attorney for the Eastern District of Pennsylvania,

        Defendants – Appellees,

        and

IBRAHIM ARCE, Assistant Special Agent in Charge (JI-2/New York), Office of Inspector General, General Services Administration; ARCHIE, Special Agent, Office of Inspector General, General Services Administration - or Defense Criminal Investigation Service; JIM BARRY, Special Agent (JI-3/Philadelphia), Office of Inspector General, General Services Administration; SYLVIA BERKSTEIN, Special Agent, Office of Inspector General, General Services Administration; ERIC ALLEN HERB BISHOP, Special Agent (JI-3/Philadelphia), Office of Inspector General, General Services Administration; KEVIN G. DIGREGORY, Supervisory Assistant United States Attorney and Chief of Criminal Division for the Eastern District of Virginia; GII, Special Agent, Office of Inspector General, General Services Administration - or Defense Criminal Investigation Service; ROSIE HANEY, Supervisory Assistant United States Attorney and Supervisor of the Special United States Attorney Unit for the Eastern District of Virginia; JOHN DOES NUMBERS 1 THROUGH 5; FLOYD MARTINEZ, Assistant Special Agent in Charge (JI/Washington), Office of Inspector General, General Services Administration; CONCEPCION ROSADO, Assistant Special Agent in Charge (JI-2/New York), Office of Inspector General; CARRIE SATTERWHITE, now known as Carrie S. Watkins,

Special Agent, Office of Inspector General, General Services Administration; RANDALL ALLEN STEWART, Special Agent in Charge (JI/Washington), Office of Inspector General, General Services Administration; PP, Special Agent, Office of Inspector General, General Services Administration - or Defense Criminal Investigation Service; PF, Special Agent, Office of Inspector General, General Services Administration - or Defense Criminal Investigation Service; BRIAN O. QUINN, Special Assistant United States Attorney for the Eastern District of Virginia; NASH W. SCHOTT, Supervisory Assistant United States Attorney for the Eastern District of Virginia,

Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:08-cv-00354-LO-TCB)

———————

Submitted: December 8, 2009          Decided: January 29, 2010

———————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William B. Cummings, WILLIAM B. CUMMINGS, P.C., Alexandria, Virginia, for Appellant. Dana J. Boente, United States Attorney, R. Joseph Sher, Lauren A. Wetzler, Assistant United States Attorneys, Alexandria, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

   M.L. Denese Slaey appeals from the district court's order granting summary judgment in favor of James E. Adams and Kenya S. Mann in her action filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the briefs submitted by the parties, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Slaey v. Adams</u>, No. 1:08-cv-00354-LO-TCB (E.D. Va. filed Dec. 23, 2008 & entered Dec. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>